IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

| | |
|---|---|
| SENTRY INSURANCE, A MUTUAL COMPANY, Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOMINICK A. PAGNIELLO, et al. )<br>)<br>Defendants. ) | Civil Action No. 05-0157 |

**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

AND NOW comes Plaintiff, Sentry Insurance, a Mutual Company, Corporation and Defendant Dominick A. Pagniello, by and through their respective counsel, and pursuant to Pennsylvania Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of the above-captioned lawsuit, with prejudice.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By _____
Joseph L. Luvara, Esquire
Pa. I.D. #46438

Attorneys for Plaintiff, Sentry Insurance, a Mutual Company, Corporation

LOUGHREN, LOUGHREN & LOUGHREN

_____
By: Louis B. Loughren, Esq.
Pa. I.D. #05036
Attorneys for Defendant, Dominick A. Pagniello

AND NOW, this 13th day of Jan., 2006, it is so ordered.

_____
Chief UNITED STATES DISTRICT JUDGE